800 A.2d 839

IN THE MATTER OF DANIEL E. BERGER,
AN ATTORNEY AT LAW.

July 3, 2002.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–370, concluding that **DANIEL E. BERGER** of **TOMS RIVER,** who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of three months for violation *RPC* 1.8(a) (improper business transaction with a client), and good cause appearing;

It is ORDERED that **DANIEL E. BERGER** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 29, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.